Melissa Newel (CA #148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
JOE TAMEZ, JR.

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
FRANCO L. BECIA (WA #26823)
Special Assistant U.S. Attorney
6401 Security Boulevard
Baltimore, Maryland   21235
(206) 615-2114
franco.l.becia@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE TAMEZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No.  2:24-cv-01884 (JDP) <br><br> **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) which provides that a plaintiff

may dismiss an action without court order by filing "a stipulation of dismissal signed by all

STIPULATION OF DISMISSAL

parties who have appeared," IT IS HEREBY STIPULATED BY ALL PARTIES, through their undersigned attorneys, and with the approval of the Court, that Plaintiff voluntarily dismiss, with prejudice, the above-referenced action. Each party agrees to bear their own attorney fees, costs, and expenses associated with the action.

                                    Respectfully submitted,

Dated: November 4, 2024                NEWEL LAW

                            By: *Melissa Newel*
                                 Melissa Newel
                                 Attorney for Plaintiff
                                 JOE TAMEZ, JR.

Dated: November 4, 2024                PHILLIP A. TALBERT
                                 United States Attorney
                                 MATHEW W. PILE
                                 Associate General Counsel
                                 Social Security Administration

                            By: *Franco L. Becia\**
                                 FRANCO L. BECIA
                                 *(authorized by email dated 11/4/2024)*
                                 Special Assistant U.S. Attorney
                                 Attorneys for Defendant

## **ORDER**

      Based upon the stipulation of the parties, this matter is dismissed, and the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated:   November 5, 2024                               _____
                                                       JEREMY D. PETERSON
                                                       UNITED STATES MAGISTRATE JUDGE